In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00221-CR**

_____

**DARRELL JEROME DUROUSSEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 18-29154**

**MEMORANDUM OPINION**

Darrell Jerome Durousseau appealed his conviction for engaging in organized criminal activity. *See* Tex. Penal Code Ann. § 71.02 (West Supp. 2018). Before we issued an opinion, Durousseau's counsel filed a motion to permanently abate the appeal. The motion is supported by an e-mail from the Texas Department of Criminal Justice confirming that Durousseau died on January 2, 2019, while in its

custody. No opinion or mandate has been issued in the appeal. We therefore permanently abate this appeal. Tex. R. App. P. 7.1(a)(2).

APPEAL PERMANENTLY ABATED.

_____
HOLLIS HORTON
Justice

Submitted on February 5, 2019
Opinion Delivered February 6, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2